# UNITED STATES DISTRICT COURT
for the
Eastern District of Wisconsin

| | |
|---|---|
| JOHN COX, M.D. and SARAH DOBROZSI, M.D. <br><br> *Plaintiff(s)* <br><br> v. <br><br> THE MEDICAL COLLEGE OF WISCONSIN, INC., et al <br><br> *Defendant(s)* | Civil Action No. 22-CV-00553-PP |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* THE MEDICAL COLLEGE OF WISCONSIN, INC.
8701 Watertown Plank Rd.
Milwaukee, WI 53226

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you receive it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or the plaintiff's attorney, whose name and address are:
Sam Heppell
Loevy & Loevy
311 N. Aberdeen St., 3rd Floor
Chicago, IL 60607

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

GINA M. COLLETTE, CLERK OF COURT

Date: 05/12/2022

s/B. Xiong

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 22-CV-00553-PP

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(l))*

This summons and the attached complaint for *(name of individual and title, if any):* __The Medical College of Wisconsin__

were received by me on *(date)* __5/12/2022__.

☐ I personally served the summons and the attached complaint on the individual at *(place):* _____ on *(date)* _____ ; or

☐ I left the summons and the attached complaint at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons and the attached complaint on *(name of individual)* _____ who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☒ Other *(specify):* I personally served, via electronic mail, the complaint and summons in this matter onto counsel for The Medical College of Wisconsin on May 13, 2022. Penny Tomczyk confirmed receipt on May 13, 2022.

My fees are $ _____ for travel and $ _____ for services, for a total of $ __0.00__

I declare under penalty of perjury that this information is true.

Date: May 16, 2022

*Server's signature*

Monica Fuentes, Paralegal
*Printed name and title*

Loevy & Loevy
311 N. Aberdeen St., 3rd Flor
Chicago, IL 60607
*Server's address*

Additional information regarding attempted service, etc.: