# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

May 17, 2023

*By the Court*:

| No. 23-1270 | JOHN COX and SARAH DOBROZSI, Plaintiffs - Appellees v. CHILDREN'S HOSPITAL AND HEALTH SYSTEM, INC., et al., Defendants - Appellants |
|---|---|
| **Originating Case Information:** ||
| District Court No: 2:22-cv-00553-JPS Eastern District of Wisconsin District Judge J. P. Stadtmueller ||

Upon consideration of the **STIPULATION TO DISMISS**, filed on May 16, 2023, by counsel for the parties,

**IT IS ORDERED** that this case is **DISMISSED**, pursuant to Federal Rule of Appellate Procedure 42(b).

form name: **c7_FinalOrderWMandate**     (form ID: **137**)

CERTIFIED COPY
A True Copy
Teste:
_____
Deputy Clerk
of the United States
Court of Appeals for the
Seventh Circuit

# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

## NOTICE OF ISSUANCE OF MANDATE

May 17, 2023

To: Gina M. Colletti
UNITED STATES DISTRICT COURT
Eastern District of Wisconsin
Milwaukee, WI 53202-0000

| No. 23-1270 | JOHN COX and SARAH DOBROZSI, Plaintiffs - Appellees v. CHILDREN'S HOSPITAL AND HEALTH SYSTEM, INC., et al., Defendants - Appellants |
|---|---|
| **Originating Case Information:** | |
| District Court No: 2:22-cv-00553-JPS  Eastern District of Wisconsin  District Judge J. P. Stadtmueller | |

Herewith is the mandate of this court in this appeal, along with the Bill of Costs, if any. A certified copy of the opinion/order of the court and judgment, if any, and any direction as to costs shall constitute the mandate.

TYPE OF DISMISSAL:               F.R.A.P. 42(b)

STATUS OF THE RECORD:            no record to be returned

form name: **c7_Mandate**    (form ID: **135**)