**IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF WISCONSIN, MILWAUKEE DIVISION**

JOHN COX, M.D. and SARAH     )
DOBROZSI, M.D.,        )   Case No. 2:22-cv-00553-JPS
            )
   *Plaintiffs*,       )
            )   Hon. J.P. Stadtmueller
   v.          )   District Judge
            )
THE MEDICAL COLLEGE OF    )
WISCONSIN, *et al.*,       )
            )   JURY TRIAL DEMANDED
   *Defendants*.       )

**STIPULATION TO DISMISS WITH PREJUDICE
<u>ALL CLAIMS AGAINST THE HOSPITAL DEFENDANTS</u>**

   Plaintiffs John Cox, M.D. and Sarah Dobrozsi, M.D., and Defendants Children's Hospital and Health System, Inc., Children's Hospital of Wisconsin, Inc., Michael Gutzeit, M.D., Rita Ventura, A.P.N.P., The Medical College of Wisconsin, Inc., Hillary Petska, M.D., Lynn Sheets, M.D., Demetra Parr-Nelson, Jessica Barber, Amy Scherbarth, Michelle Urban, M.D., Heather Miller, Rebecca Chagall, Stephanie Jewell, and Lorraine Hartman, by their respective undersigned counsel, respectfully submit the following stipulation:

   1.   Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), both Plaintiffs and all Defendants stipulate to the dismissal of all of Plaintiffs' claims against the following Defendants, with prejudice and with each party to bear their own costs:

   -Children's Hospital and Health System, Inc.;

   -Children's Hospital of Wisconsin, Inc.;

   -Michael Gutzeit, M.D.;

   -Rita Ventura, A.P.N.P.;

   -The Medical College of Wisconsin, Inc.;

-Hillary Petska, M.D.; and

-Lynn Sheets, M.D.

2.      Plaintiffs' claims against the remaining Defendants (Defendants Demetra Parr-Nelson, Jessica Barber, Amy Scherbarth, Michelle Urban, M.D., Heather Miller, Rebecca Chagall, Stephanie Jewell, and Lorraine Hartmann) are subject to a separate agreement which is in the process of being finalized.

Respectfully submitted,

| | |
|---|---|
| *s/ Sam Heppell* | *s/ Anne-Louise T. Mittal (with consent)* |
| Jon Loevy | Andrew J. Wronski, Wis. Bar No. 1024029 |
| Sam Heppell | Matthew D. Krueger, Wis. Bar No. |
| LOEVY & LOEVY | 1096923 |
| 311 North Aberdeen Street | Anne-Louise Mittal, Wis. Bar No. 1095464 |
| Chicago, Illinois 60607 | Kristin M. Sikora, Wis. Bar No. 1112900 |
| (312) 243-5900 Telephone | FOLEY & LARDNER LLP |
| (312) 243-5902 Facsimile | 777 East Wisconsin Avenue |
| Email: sam@loevy.com | Milwaukee, WI 53202 |
| | (414) 271-2400 Telephone |
| Brian Monico | (414) 297-4900 Facsimile |
| HALE & MONICO, LLC | Email: awronski@foley.com |
| 53 W. Jackson Boulevard | Email: mkrueger@foley.com |
| Suite 330 | Email: amittal@foley.com |
| Chicago, Illinois 60604 | Email: ksikora@foley.com |
| (312) 341-9646 Telephone | |
| Email: BTM@HaleMonico.com | Michael L. Johnson, Wis. Bar No. 1056247 |
| | OTJEN LAW FIRM, S.C. |
| *Attorneys for Plaintiffs* | 20935 Swenson Drive, Suite 310 |
| | Waukesha, WI 53186 |
| *s/ Michael Emer (with consent)* | (262) 777-2225 Telephone |
| JOSHUA L. KAUL | (262) 777-2201 Facsimile |
| Attorney General of Wisconsin | Email: mjohson@otjen.com |
| | |
| MICHAEL EMER | *Attorneys for Defendants Children's* |
| Assistant Attorney General | *Hospital and Health System, Inc.;* |
| State Bar #1056632 | *Children's Hospital of Wisconsin, Inc.;* |
| REBECCA A. PAULSON | *Rita Ventura, A.P.N.P.; and Michael* |
| Assistant Attorney General | *Gutzeit, M.D.* |
| State Bar # 1079833 | |
| Wisconsin Department of Justice | *s/ Jill M. Munson (with consent)* |
| Post Office Box 7857 | Jill M. Munson, Wis. Bar No. 1019540 |
| Madison, Wisconsin 53707-7857 | HINSHAW & CULBERTSON LLP |
| (608) 266-3539 (Emer) | 100 E. Wisconsin Avenue, Suite 2600 |
| Email: emerma@doj.state.wi.us | Milwaukee, WI 53202 |
| Email: paulsonra@doj.state.wi.us | (414) 225-4818 Telephone |
| | Email: jmunson@hinshawlaw.com |
| *Attorneys for Defendants Demetra Parr-Nelson,* | |
| *Jessica Barber, Amy Scherbarth, Michelle* | *Attorneys for Defendants The Medical* |
| *Urban, M.D., Heather Miller, Rebecca Chagall,* | *College of Wisconsin, Inc.; Hillary Petska,* |
| *Stephanie Jewell, and Lorraine Hartmann* | *M.D.; and Lynn Sheets, M.D.* |

3

**CERTIFICATE OF SERVICE**

I, Sam Heppell, an attorney, hereby certify that on May 30, 2023, I caused the foregoing document to be filed via the Court's CM/ECF system, and thereby served a copy on all counsel of record.

/s/ Sam Heppell