# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

JOHN COX and SARAH DOBROZSI,

        Plaintiff,

v.

THE MEDICAL COLLEGE OF WISCONSIN, CHILDREN'S HOSPITAL AND HEALTH SYSTEM, INC., CHILDREN'S HOSPITAL OF WISCONSIN, INC., RITA VENTURA, HILARY PETSKA, LYNN SHEETS, MICHAEL GUTZEIT, DEMETRA PARR-NELSON, JESSICA BARBER, AMY SCHERBARTH, STEPHANIE JEWELL, LORRAINE HARTMANN, MICHELLE URBAN, HEATHER MILLER, and REBECCA CHAGALL,

        Defendants.

Case No. 22-CV-553-JPS

**ORDER**

    On May 30, 2023, Plaintiffs and Defendants signed and filed a stipulation of dismissal of this matter with prejudice and without costs as to certain Defendants. ECF No. 95. The Court will adopt the parties' stipulation. *See* Fed. R. Civ. P. 41(a)(1)(A)(ii).

    Accordingly,

    **IT IS ORDERED** that the parties' stipulation of dismissal, ECF No. 95, be and the same is hereby **ADOPTED**;

    **IT IS FURTHER ORDERED** that the parties' joint motion to dismiss, ECF No. 93, be and the same is hereby **DENIED as moot; and**

    **IT IS FURTHER ORDERED** that this action be and the same is hereby **DISMISSED with prejudice** and without costs as to Defendants

Children's Hospital and Health System, Inc.; Children's Hospital of Wisconsin, Inc.; Michael Gutzeit; Rita Ventura; The Medical College of Wisconsin, Inc..; Hillary Petska; and Lynn Sheets.

Dated at Milwaukee, Wisconsin, this 5th day of June, 2023.

BY THE COURT:

_____
J. P. Stadtmueller
U.S. District Judge